SUN OIL CO., APPELLANT, v. BOROUGH OF BRADLEY BEACH, RESPONDENT.

Submitted May 28, 1948—Decided September 3, 1948.

For the appellant, *Durand, Ivins & Carton.*

For the respondent, *Parsons, Labrecque, Canzona & Combs.*

Per Curiam.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance* — The Chancellor, Chief Justice, Donges, Colie, Eastwood, Burling, Jacobs, Wells, Dill, Freund, McLean, Schettino, JJ.   12.

*For reversal*—None.